UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Donald Leon Shea
888 SE Race Track Lane
Lake City, Florida, 32025
(386) 984 6200

V

The Senate of the United States
The Capitol Building
Washington, D.C. 20001

CASE NUMBER  1:05CV01702

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 08/25/2005

## COMPLAINT

**Standing:**

Plaintiff is a citizen born in the United States. The Plaintiff's complaint is that the United States Senate has denied in the past, and most likely will deny in the future, the Plaintiff a right guaranteed him under The United States Constitution in Articles I, II, and III.

Right guaranteed to the plaintiff under the United States Constitution:

Separation of powers to the three branches of government; the Executive, the Legislative, and the Judicial branches under The United States Constitution in Articles I, II, and III.

**Particulars:**

Members of the United States Senate, in their hearings to "advise and consent," have in the past asked Judicial nominees to the Supreme Court of the United States how they would have voted in past cases before the Supreme Court, and how they will vote in future cases, if seated on the Court. The nominee's answers to those questions have in the past, and could in the future, be used as reasons for rejection by the Senate. A rejection of the nominee by the Defendants, based on the nominee's response to these questions, effectively usurps the power of the Judiciary to decide which laws are Constitutionally sound. If the only nominees approved by the Senate are those whose answers to these questions mirror the Senate's view as to what is Constitutional, then the Senate has effectively decided which laws are and will be Constitutionally sound. These decisions of Constitutionality are reserved to the Judiciary by the United States Constitution.

1

Since appointment to the Federal Judiciary often is viewed as good preparation for Supreme Court nomination, rejection of these nominees, at this lower level, based on the questions mentioned above, also denies Plaintiff of the same Constitutionally protected right mentioned above.

**RELIEF ASKED:**

1.    An injunction to the United States Senate prohibiting its members from questioning Supreme Court nominees about how they would have voted in the past in cases before the Supreme Court, and how they will vote in future cases, if seated on the Court.

2.    An injunction to the United States Senate prohibiting its members from questioning any Federal Court nominees about how they would have voted in the past in cases before the Supreme Court, and how they will vote in future cases, if seated on the Court.

3.    An expedited decision, since hearings on a Supreme Court Nominee are imminent.

4.    Twenty-five dollars ($25.00) to compensate Plaintiff for postage and time spent seeking relief.

5.    Two hundred and fifty dollars to compensate Plaintiff for filing fee.

6.    Any other relief the Court deems fitting to insure the Plaintiff's Constitutionally protected rights.

Plaintiff _Donald Leon Shea_          Date signed:    August 22. 2005

Plaintiff's name:    Donald Leon Shea

Plaintiff's address:    888 SE Race Track Lane

Lake City, Florida  32025