05-1702

# Certificate of Service

I hereby certify that on September 6, 2005, a copy of my "Complaint - Civil Action Number: 05-01702-RJL, Donald Leon Shea V The Senate of the United States," was mailed to all defendants at the following addresses:

The United States Senate
The Office of Legal Counsel
David Tinsley
Senate Dirkson Building, Room 668
First Street & Constitution Ave., N.E.
Washington, D.C.
20510

Senator Ted Stevens
U.S. Senate
522 Hart Senate Office Building
Washington, D. C.
20510

U.S. Attorney
Kenneth L. Wainstein
District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, D.C
20001

The Attorney General
Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C.
20530-0001


Respectfully submitted,

*Donald Leon Shea*

Donald Leon Shea, Plaintiff
888 SE Race Track Lane
Lake City, Florida, 32025
(386) 984 6200