United States District Court for the District of Columbia

Donald Leon Shea,
Plaintiff

v.

Civil Action Number
05-01702-RJL

The Senate of the United States,
Defendant

## Motion for an Order Temporarily Barring Questioning

This is a motion to have the Court issue an order enjoining the Defendant from asking the questions defined in the original complaint until such time as the Court has had time to rule on the complaint. Those questions were:
1. Questioning Supreme Court nominees about how they would have voted in the past in cases before the Supreme Court, and how they will vote in future cases, if seated on the Supreme Court.
2. Questioning any Federal Court nominees about how they would have voted in the past in cases before the Supreme Court, and how they will vote in future cases, if seated on the Supreme Court.

The reason for this motion is that hearings on one Supreme Court nominee are imminent or in progress, and another set of hearings on another nominee can be reasonably expected in the near future. Allowing the questioning to proceed will violate Plaintiff's Constitutionally protected right to a Government whose three branches have their powers separated as defined in Articles I, II, and III of The United States Constitution.

Respectfully submitted,

*Donald Leon Shea*

Donald Leon Shea
888 SE Race Track Lane
Lake City, Florida  32025
(386) 984 6200

Page 1 of 2

## Certificate of Service

I hereby certify that on September 6, 2005, a copy of my "Motion for an Order Temporarily Barring Questioning" was mailed to all defendants at the following addresses:

The U.S. Senate
Office of Legal Counsel
David Tinsley
Senate Dirkson Building
Room 668
First Street & Constitution Ave., N.E.
Washington, D. C.
20510

U.S. Attorney
Kenneth L. Wainstein
District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, D.C
20001

The Attorney General
Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C.
20530-0001

Senator Ted Stevens
U.S. Senate
522 Hart Senate Office Building
Washington, D. C.
20510

_Donald Leon Shea_
Donald Leon Shea, Plaintiff
888 SE Race Track Lane
Lake City, Florida, 32025
(386) 984 6200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the matter of:

Donald Leon Shea
888 SE Race Track Lane
Lake City, Florida, 32025
(386) 984 6200

V                                                    Civil Action Number: 05-01702-RJL

The Senate of the United States
The Capitol Building
Washington, D.C. 20510

Judicial Order to The United States Senate, its members, and agents:

1. The United States Senate, its members, and agents are hereby ordered to refrain from questioning Supreme Court nominees about how they would have voted in the past in cases before the Supreme Court, and how they will vote in future cases, if seated on the Supreme Court until such time as the Court has ruled on the Complaint cited above.

2. The United States Senate, its members, and agents are hereby ordered to refrain from questioning any Federal Court nominees about how they would have voted in the past in cases before the Supreme Court, and how they will vote in future cases, if seated on the Supreme Court until such time as the Court has ruled on the Complaint cited above.

_____

The Honorable Judge Richard J. Leon

Judge for the United States District Court for the District of Columbia

Issued this _____ day of _____, 2005