UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 8 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DONALD LEON SHEA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-cv-1702 (RJL) |
| ) | |
| SENATE OF THE UNITED STATES ) | |
| ) | |
| Defendant. ) | |

### ORDER

Plaintiff, Donald Shea filed the complaint in the instant action on August 25, 2005 and subsequently moved for "For an Order Temporarily Barring Questioning" on September 9, 2005. There has been no activity since that time. On November 20, 2006, this Court issued an Order requiring plaintiff to show cause in writing, by December 20, 2006, as to why the case should not be dismissed for want of prosecution. Because the plaintiff has failed to respond to the Court's Order to Show Cause within the time prescribed, and upon due consideration of the entire record herein, it is, this 5th day of January 2007, hereby

**ORDERED** that plaintiff's case is dismissed without prejudice pursuant to Local Civil Rule 83.23; and it is further

**ORDERED** that the Clerk, in addition to electronic notice, shall mail a paper copy of this Order to plaintiff's counsel of record with a return receipt requested, and shall mail a copy directly to plaintiff at her address of record.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge